# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:

| | |
|---|---|
| DAVID RAYMOND MURPHY | CASE NO. 10-30464 |
| SSN xxx xx 5897 | (Chapter 13) |
| Debtor. | |

| | |
|---|---|
| DAVID RAYMOND MURPHY | |
| Plaintiff, | |
| vs. | ADVERSARY PROCEEDING |
| NATIONSTAR MORTGAGE, LLC, | NO. 13-3082 |
| Defendant. | |

## OBJECTION TO DISMISSAL

COMES NOW, the Plaintiff, David Raymond Murphy, and respectfully submits this Objection to the Notice of Intent to Dismiss Adversary Proceeding without Prejudice for want of Prosecution for the reason that the parties have been engaged in settlement negotiations and, despite significant delays by the Defendant, are very close to executing a settlement agreement. Upon execution of the settlement agreement, the Plaintiff will be able to voluntarily dismiss the case with prejudice. The Plaintiff anticipates that the agreement will be executed within one month.

WHEREFORE, the Plaintiff respectfully prays the Court to abstain from dismissing this Adversary Proceeding so that the parties may have an opportunity to execute the settlement in the same month of this Objection.

Dated: 12/9/2013                    /s/ Wayne Sigmon
                                    Wayne Sigmon, NC Bar #7318
                                    Frederick L. Henderson, Jr., NC Bar #43586
                                    Sigmon & Henderson, PLLC
                                    518 South New Hope Road
                                    Gastonia, North Carolina 28054
                                    p: (704) 865-6265 / f: (704) 874-1300
                                    *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the 9th day of December, 2013.

      /s/ Wayne Sigmon  
      Wayne Sigmon, Attorney

VIA FIRST CLASS MAIL:

David R. Murphy  
518 Beverly Drive  
Gastonia, NC 28054

Nationstar Mortgage, LLC  
P.O. Box 650783  
Lewisville, TX 75265

VIA ECF:

| Wareen L. Tadlock | Linda Simpson | Kyle Deak |
|---|---|---|
| Chapter 13 Trustee | Bankruptcy Administrator | Attorney for Defendant |